**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1944**

---

In re:  RAMONE STEPHON JONES, a/k/a Duggie,

Petitioner.

---

On Petition for Writ of Mandamus.  (8:03-cr-00321-DKC-3)

---

Submitted:  February 28, 2023                    Decided:  April 3, 2023

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Ramone Stephon Jones, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramone Stephon Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), or, in the alternative, a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194, 5222.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court recently decided Jones' motion.  *United States v. Jones*, No. 8:03-cr-00321-DKC-3 (D. Md. Jan. 3, 2023).  Accordingly, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*